**FILED**

JUL 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-CR-0292 LKK |
| Plaintiff, ) | |
| ) | **SEALED** |
| v. ) | |
| SEALED, ) | |
| Defendants. ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the defendants arrest or until further order of the Court.

DATED: July 22, 2010

_____
KENDALL J. NEWMAN
United States Magistrate Judge