| | |
|---|---|
| 1 | superMICHAEL CHASTAINE, State Bar #121209<br>THE CHASTAINE LAW OFFICE |
| 2 | 101 Parkshore Drive, Suite 100<br>Folsom, CA 95630 |
| 3 | Telephone: 916-732-7150 |
| 4 | Attorneys for Defendant<br>Peter Scott |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10 CR 292 LKK |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |
| v. | ) | |
| PETER SCOTT, et al., | ) | |
| Defendants. | ) | |

Defendant PETER SCOTT, by and through his attorney, Michael Chastaine and ROBERT SCOTT, by and through him attorney, Matt Bockman, the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, September 14, 2010 at 9:15 a.m. to Tuesday, November 2, 2010 at 9:15 a.m.  The continuance is requested to allow counsel for the defense to continue to review the discovery and for the defense and government time to evaluate and consider settlement offers. If is further stipulated that the period referred to above is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: September 13, 2010                The CHASTAINE LAW OFFICE

                                           By: ____/s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Attorney for Peter Scott

Dated: September 13, 2010                OFFICE OF THE FEDERAL DEFENDER

                                           By: ____/s/ Matt Bockman

MATT BOCKMAN
                                        Attorney for Robert Scott


Dated: September 13, 2010           BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:    /s/ Kyle Reardon
                                           KYLE REARDON
                                           Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, September 14, 2010 at 9:15 a.m. be continued to Tuesday, November 2, 2010 at 9:15 a.m. and that the period from September 14, 2010 to November 2, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated:  September 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT