BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-0292 LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| PETER SCOTT, and ROBERT "Robbie" SCOTT. | |
| Defendant. | |

**ORDER**

The parties appeared before the Court on Tuesday, January 11, 2011, in case number 2:10-CR-0292 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for January 11, 2011, at 9:15 a.m., be continued to Tuesday, February 23, 2011, at 9:15 a.m., and that the time beginning January 11, 2011, and extending through February 23, 2011, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare. The

///

1

additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for January 11, 2011, at 9:15 a.m., be continued to February 23, 2011, at 9:15 a.m., and that the time beginning January 11, 2011, and extending through February 23, 2011, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: January 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT