DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ROBBIE SCOTT, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-292 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PETER SCOTT, | ) | Judge: Hon. Lawrence K. Karlton |
| ROBERT ROBBIE SCOTT, JR., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter came on for Status Conference on February 23, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Attorney Michael Chastaine appeared on behalf of Defendant PETER SCOTT, who was present out of custody. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant ROBERT ROBBIE SCOTT, JR., who was present out of custody.

At that time, a Further Status Conference hearing date of Tuesday, March 22, 2011, at 9:15 a.m., was set as to each defendant.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from February 23, 2011, up until and including March 22, 2011.

///

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **Tuesday, March 22, 2011, at 9:15 a.m.**, for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from February 23, 2011, up to and including March 22, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: March 1, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT