MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Peter Scott

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER SCOTT, et al.,<br><br>    Defendants. | Case No.: 2:10 CR 292 LKK<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant PETER SCOTT, by and through his attorney, Michael Chastaine and ROBERT SCOTT, by and through his attorney, Matt Bockman, the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, March 22, 2011 at 9:15 a.m. to Tuesday, April 12, 2011 at 9:15 a.m. The continuance is requested to allow counsel for the defense to continue to review the discovery and for the defense and government time to evaluate and consider settlement offers. If it is further stipulated that the period referred to above is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: March 18, 2011, 2010                The CHASTAINE LAW OFFICE

                                                By:    /s/ Michael Chastaine
                                                      MICHAEL CHASTAINE
                                                      Attorney for Peter Scott

| | | |
|---|---|---|
| Dated: March 18, 2011 | | OFFICE OF THE FEDERAL DEFENDER |
| | By: | /s/ Matt Bockman |
| | | MATT BOCKMAN |
| | | Attorney for Robert Scott |

Dated: March 18, 2011         BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kyle Reardon
      KYLE REARDON
      Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, March 22, 2011 at 9:15 a.m. be continued to Tuesday, April 12, 2011 at 9:15 a.m. and that the period from November 2, 2010 to January 11, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated:   March 21, 2011

                             Lawrence K. Karlton
                             Senior District Judge
                             United States District Court