MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Peter Scott

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER SCOTT, et al.,<br><br>　　　　Defendants. | Case No.: 2:10 CR 292 LKK<br><br>AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　　Defendant PETER SCOTT, by and through his attorney, Michael Chastaine and ROBERT SCOTT, by and through his attorney, Matt Bockman, the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, March 22, 2011 at 9:15 a.m. to Tuesday, April 12, 2011 at 9:15 a.m.  The continuance is requested to allow counsel for the defense to continue to review the discovery and for the defense and government time to evaluate and consider settlement offers. If it is further stipulated that the period referred to above is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).


Dated: March 18, 2011, 2010　　　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Peter Scott

1

| | | |
|---|---|---|
| Dated: March 18, 2011 | | OFFICE OF THE FEDERAL DEFENDER |

By: _____/s/ Matt Bockman_____
     MATT BOCKMAN
     Attorney for Robert Scott

Dated: March 18, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                    By: ____/s/ Kyle Reardon_____
                                          KYLE REARDON
                                          Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, March 22, 2011 at 9:15 a.m. be continued to Tuesday, April 12, 2011 at 9:15 a.m. and that the period from March 22, 2011 to April 12, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: ___March, 25____2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT