```
1   DANIEL BRODERICK, Bar # 89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar # 161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    ROBERT ROBBIE SCOTT, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-10-292 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| PETER SCOTT, | ) Judge: Hon. Lawrence K. Karlton |
| ROBERT ROBBIE SCOTT, JR., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

This matter came on for Status Conference on April 12, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Attorney Michael Chastaine appeared on behalf of Defendant PETER SCOTT, who was present out of custody. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant ROBERT ROBBIE SCOTT, JR., who was present out of custody.

At that time, Mr. Chastaine informed the Court that his client, Peter Scott, was requesting new counsel. The defendant's request for new counsel was granted by the Court and Attorney Chastaine was relieved as counsel of record.

A Further Status Conference hearing date of Tuesday, April 19, 2011, at 9:15 a.m., was set as to both defendants.

///

1  Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from April 12, 2011, up until and including April 19, 2011.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **Tuesday, April 19, 2011, at 9:15 a.m.**, for Further Status Conference as to both defendants.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from April 12, 2011, up to and including April 19, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: April 18, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT