1 | DANIEL BRODERICK, Bar # 89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ROBBIE SCOTT, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-10-292 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| PETER SCOTT, | ) Judge: Hon. Lawrence K. Karlton |
| ROBERT ROBBIE SCOTT, JR., | ) |
| | ) |
| Defendants. | ) |

This matter came on for Status Conference on April 19, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant ROBERT ROBBIE SCOTT, JR., who was present out of custody. Attorney Bruce Locke appeared seeking appointment on behalf of Defendant PETER SCOTT. Mr. Locke was appointed as counsel of record for Defendant Peter Scott, who was present out of custody.

A Further Status Conference hearing date of Tuesday, June 28, 2011, at 9:15 a.m., was set as to both defendants.

///

///

///

1 | Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant
2 | to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from April 19,
3 | 2011, up until and including June 28, 2011.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **Tuesday, June 28, 2011, at 9:15 a.m.**, for Further Status Conference as to both defendants.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from April 19, 2011, up to and including June 28, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: May 5, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT