DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ROBBIE SCOTT, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-292 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| PETER SCOTT, ) | Judge: Hon. Lawrence K. Karlton |
| ROBERT ROBBIE SCOTT, JR., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter came on for Status Conference on June 28, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant ROBERT ROBBIE SCOTT, JR., who was present out of custody. Attorney Bruce Locke appeared on behalf of Defendant PETER SCOTT, who was present out of custody.

A Further Status Conference hearing date of Tuesday, August 16, 2011, at 9:15 a.m., was set as to both defendants.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from June 28, 2011, up to and including August 16, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in

continuing this matter to allow the defendants further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **Tuesday, August 16, 2011, at 9:15 a.m.**, for Further Status Conference as to both defendants.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from June 28, 2011, up to and including August 16, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court finds that the interests of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: July 6, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT