1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   PETER SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-10-292 LKK |
| Plaintiff, | |
| | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| PETER SCOTT, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Peter Scott and Robert Scott, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for August 16, 2011 at 9:15 a.m., should be continued to September 13, 2011 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from August 16, 2011 through September 13, 2011.

The reason for the continuance is that the defendants are continuing their investigation and have requested additional information from the government. The government has agreed to provide that information and is in the process of gathering it. The parties stipulate that the continuance should be granted for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Reardon and Mr. Bockman have authorized Mr. Locke to sign this pleading for them.

1

| | | |
|---|---|---|
| DATED: August 12, 2011 | | /S/ Bruce Locke |
| | | BRUCE LOCKE |
| | | Attorney for Peter Scott |

DATED: August 12, 2011                    /S/ Bruce Locke
                                          For MATT BOCKMAN
                                          Attorney for Robert Scott

DATED: August 12, 2011                    /S/ Bruce Locke
                                          For KYLE REARDON
                                          Attorney for the United States

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 16, 2011, be continued to September 13, 2011, at 9:15 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the September 13, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

DATED: August 15, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT