| | |
|---|---|
| 1 | BRUCE LOCKE (#177787) |
| | Moss & Locke |
| 2 | 800 Howe Avenue, Suite 110 |
| | Sacramento, CA 95825 |
| 3 | (916) 569-0667 |
| | (916) 569-0665 fax |
| 4 | Attorneys for |
| | PETER SCOTT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-292 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| PETER SCOTT,   et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Peter Scott and Robert Scott, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for September 13, 2011 at 9:15 a.m., should be continued to September 20, 2011 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from September 13, 2011 through September 20, 2011.

The reason for the continuance is that the defendants are continuing their investigation and have requested additional information from the government. The government has agreed to provide that information and is in the process of gathering it. The parties stipulate that the continuance should be granted for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Reardon and Mr. Bockman have authorized Mr. Locke to sign this pleading for them.

1

| | | |
|---|---|---|
| DATED: September 8, 2011 | | /S/ Bruce Locke |
| | | BRUCE LOCKE |
| | | Attorney for Peter Scott |

DATED: September 8, 2011          /S/ Bruce Locke
For MATT BOCKMAN
Attorney for Robert Scott

DATED: September 8, 2011          /S/ Bruce Locke
For KYLE REARDON
Attorney for the United States

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference, scheduled for September 13, 2011, be vacated and the matter continued to September 20, 2011, at 9:15 a.m. for further status conference. Based on the parties' representation, the Court finds that the ends of justice by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial. It is ordered that time up to and including the September 20, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S. C. 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: September 12, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT