BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES, | ) CASE NO.  2:10-CR-0292 LKK |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) **STIPULATION AND ORDER VACATING** |
|  | ) **RESTITUTION HEARING** |
| PETER SCOTT, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| _____ | ) |

The parties request that the restitution hearing currently set for Wednesday, May 30, 2012, at 9:15 a.m., be vacated.

The United States continues to investigate matters relevant to the issue of restitution.  Specifically, the United States is attempting to determine the extent to which restitution is required in this case given the "the amount of the loss sustained by each victim," and "the financial resources of the defendant," the "earning ability" of the defendant and his family, and any other factors the Court may deem "appropriate."  <u>See</u> 18 U.S.C. § 3663(a)(1)(B)(i).

A new date is not sought by the parties at this time.  Under the

applicable restitution statute, this issue may be continued up to 90 days from sentencing.  18 U.S.C. § 3664(d)(5).  Sentencing occurred on March 20, 2012.  As such, the statutory window for resolving issues of restitution does not close until June 18, 2012.

Dated: May 29, 2012                    Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                              By:
                                       */s/ Kyle Reardon*
                                       KYLE REARDON
                                       Assistant U.S. Attorney


Dated: May 29, 2012                    */s/ Kyle Reardon* for
                                       BRUCE LOCKE
                                       Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES,<br><br>                  Plaintiff,<br><br>v.<br><br>PETER SCOTT,<br><br>                  Defendant. | CASE NO.  2:10-CR-0292 LKK<br><br>**ORDER VACATING STATUS CONFERENCE** |

The parties' stipulation is approved and so ordered.  The
restitution hearing set for May 30, 2012, is vacated.

Dated: May 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT